THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: January 18, 2019



G. Michael Halfenger
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In the matter:

Robert Alan Oney & Lori Lynn Oney,

Debtors.

Case No. 18-25335-gmh

Chapter 13 Bankruptcy

### ORDER DISMISSING CASE

Pursuant to the trustee's motion to dismiss, this case is dismissed for the following reasons:

Failure to make payments as required by 11 USC § 1326.

IT IS ORDERED that the debtor's case is DISMISSED.

#####

Page 1 of 1

Case 18-25335-gmh    Doc 62    Filed 01/18/19    Page 1 of 1